RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
Chris_Frey@fd.org

Attorneys for Myron Motley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>ROBERT BARKMAN,<br><br>             Defendant. | Case No. 3:19-CR-00052-RCJ-WGC<br><br>**MOTION TO WAIVE PRESENTENCE INVESTIGATION REPORT AND FOR IMMEDIATE SENTENCING** |

Comes now the Defendant, ROBERT BARKMAN, by and through his counsel of record, Christopher Frey, Assistant Federal Public Defender, and hereby moves to waive a presentence investigation and report under Federal Rule of Criminal Procedure 32(c)(1)(A)(ii) and for immediate sentencing at the upcoming hearing for Waiver of Indictment, Initial Appearance and Arraignment and Plea scheduled for Tuesday, January 21, 2020, at 10:15 a.m.[1]

Under Rule 32(c)(1)(A)(ii), United States Probation need not conduct a presentence investigation and submit a report if "the court finds that the information in the record enables it to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553, and the court explains its finding on the record." Mr. Barkman reported to Pretrial Services on Wednesday,

---

[1] ECF No. 5. This motion is timely filed.

January 15, 2020, and was interviewed by Pretrial Services Officer Jennifer Simone. That report should be available to the Court shortly and is expected to contain sufficient information to enable the Court to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553.

Mr. Barkman has no criminal history of note. Accordingly, Mr. Barkman is expected to be in Criminal History Category I. Moreover, the parties jointly agree that Mr. Barkman's total adjusted offense level after acceptance of responsibility is 8, resulting in the lowest possible guideline range of 0-6 months.[2] The plea agreement accurately sets forth offense conduct, and it is anticipated that the case agent from the investigating agency will be present at sentencing should the Court require any information beyond the plea agreement or have any inquiries about relevant conduct to aid it in its sentencing determination.

For the foregoing reasons, Mr. Barkman respectfully seeks to waive a presentence investigation and report under Federal Rule of Criminal Procedure 32(c)(1)(A)(ii) and requests to proceed to immediate sentencing at the upcoming hearing for Waiver of Indictment, Initial Appearance and Arraignment and Plea scheduled for Tuesday, January 21, 2020, at 10:15 a.m. The government is familiar with Mr. Barkman's request and has no objection to waiving a presentence investigation and report under Federal Rule of Criminal Procedure 32(c)(1)(A)(ii) and proceeding to immediate sentencing at next Tuesday's hearing.

DATED this 16th day of January, 2020.

RENE L. VALLADARES
Federal Public Defender

By:   */s/ Christopher P. Frey*
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Attorney for Robert Barkman

---

[2] The plea agreement setting forth the parties guideline calculations was sent to chambers by email on December 3, 2020.

2

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on January 16, 2020, she served an electronic copy of the above and foregoing **MOTION TO WAIVE PRESENTENCE INVESTIGATION REPORT AND FOR IMMEDIATE SENTENCING** by electronic service (ECF) to the person named below:

NICOLAS TRUTANICH
United States Attorney
PETER WALKINGSHAW
Assistant United States Attorney
400 South Virginia Street, Ste 900
Reno, Nevada  89501

Gary N Donner
U.S. Department of Justice
601 D. Street, N.W.
Rm. 2144
Washington, DC 20004

*/s/ Katrina Burden*
Employee of the Federal Public Defender