NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
PETER WALKINGSHAW
Assistant United States Attorney
400 South Virginia, Suite 900
Reno, Nevada 89501
Phone: (775) 784-5438
Email: Peter.Walkingshaw@usdoj.gov
GARY N. DONNER
Trial Attorney
U.S. Department of Justice
601 D Street, N.W., Rm. 2144
Washington, D.C. 20004
(202) 305-0338
Gary.Donner@usdoj.gov
*Attorneys for the United States of America*

FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 2 2 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:19-CR-00052-RCJ-WGC |
| Plaintiff, | |
| v. | **AMENDED INFORMATION FOR VIOLATION OF:** |
| ROBERT BARKMAN, | 16 U.S.C. §§ 1538(a)(1)(F) and 1540(b)(1) – **Sale and Interstate Shipment of Endangered Species** |
| Defendant. | |
| | 18 U.S.C. § 2 – **Aiding and Abetting** |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

(Sale and Interstate Shipment of Endangered Species)

(16 U.S.C. §§ 1538(a)(1)(F) and 1540(b)(1), and 18 U.S.C. § 2)

On or about and between March 24, 2016 and April 2, 2016, in the District of Nevada and elsewhere, the defendant

ROBERT BARKMAN,

knowingly sold in interstate commerce, and aided and abetted in the same, an endangered species of wildlife, that is, parts from endangered African lions (*Panthera leo*) and leopards (*Panthera pardus*), in violation of the Endangered Species Act of 1973, Title 16, United States Code, Sections 1538(a)(1)(F); and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

(Sale and Interstate Shipment of Endangered Species)

1. The allegations contained in Count One of this Amended Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 16 U.S.C. § 1640(e)(4)(A) with 28 U.S.C. § 2461(c) and 16 U.S.C. § 1640(e)(4)(B) with 28 U.S.C. § 2461(c).

2. Upon conviction of the misdemeanor offense charged in Count One of this Amended Information,

ROBERT BARKMAN,

defendant herein, shall forfeit to the United States of America, all fish and wildlife or plants taken, possessed, sold, purchased, offered for sale or purchase, transported, delivered, received, carried, shipped, exported, or imported contrary to the provisions of 16 U.S.C. § 1538(a)(1)(F), any regulation made pursuant thereto, or any permit or certificate issued herunder:

defendant herein, shall forfeit to the United States of America, all guns, traps, nets, and other equipment, vessels, vehicles, aircraft, and other means of transportation used to aid the taking, possessing, selling, purchasing, offering for sale or purchase, transporting, delivering, receiving, carrying, shipping, exporting, or importing of any fish or wildlife or plants in violation

of 16 U.S.C. § 1538(a)(1)(F), any regulation made pursuant thereto, or any permit or certificate issued thereunder:

1. I-1, one skull
2. I-2, one skull
3. I-3, tooth pendant kit with teeth
4. I-4, three skin scalps, one bag with nine teeth, one bag with ten teeth/tusks, eight teeth/tusks, one bag with eighteen teeth and one bag with thirteen teeth
5. J-1, one bag of sixty claws, one bag with nine claws, one bag with four teeth, and one bag with four teeth
6. J-2, one claw
7. F-1, one four teeth and five claws
8. F-2, one skull
9. F-3, one skull
10. F-4, one skull
11. F-5, one skull
12. F-6, one piece of bone
13. E-1, one bag with one spotted cat pelt
14. S-1, one shipping box with label (all of which constitutes property);

All pursuant to 16 U.S.C. § 1538(a)(1)(F); 16 U.S.C. § 1540(e)(4)A with 28 U.S.C. § 2461(c); 16 U.S.C. § 1540(e)(4)(B) with 28 U.S.C. § 2461(c).

Dated this 22nd day of January, 2020.

/s/
PETER WALKINGSHAW
Assistant United States Attorney