```
_____FILED          _____RECEIVED
_____ENTERED        _____SERVED ON
              COUNSEL/PARTIES OF RECORD

        JAN 2 2 2020

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:19-CR-052-RCJ-WGC |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| ROBERT BARKMAN, | |
| Defendant. | |

This Court finds Robert Barkman pled guilty to Count One of a One-Count Information charging him with sale and interstate shipment of endangered species in violation of 16 U.S.C. § 1538(a)(1)(F). Information, ECF No. 1; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

This Court finds Robert Barkman agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Information. Information, ECF No. 1; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Information and the offense to which Robert Barkman pled guilty.

The following property is (1) all fish or wildlife or plants taken, possessed, sold, purchased, offered for sale or purchase, transported, delivered, received, carried, shipped, exported, or imported contrary to the provisions of 16 U.S.C. § 1538(a)(1)(F), any regulation made pursuant thereto, or any permit or certificate issued hereunder and (2) all guns, traps, nets, and other equipment, vessels, vehicles, aircraft, and other means of

transportation used to aid the taking, possessing, selling, purchasing, offering for sale or purchase, transporting, delivering, receiving, carrying, shipping, exporting, or importing of any fish or wildlife or plants in violation of 16 U.S.C. § 1538(a)(1)(F), any regulation made pursuant thereto, or any permit or certificate issued thereunder, and is subject to forfeiture pursuant to 16 U.S.C. § 1540(e)(4)(A) with 28 U.S.C. § 2461(c):

1. I-1, one skull;

2. I-2, one skull;

3. I-3, tooth pendant kit with teeth;

4. I-4, three skin scalps, one bag with nine teeth, one bag with ten teeth/tusks, eight teeth/tusks, one bag with eighteen teeth and one bag with thirteen teeth;

5. J-1, one bag of sixty claws, one bag with nine claws, one bag with four teeth, and one bag with four teeth;

6. J-2, one claw;

7. F-1, one four teeth and five claws;

8. F-2, one skull;

9. F-3, one skull;

10. F-4, one skull;

11. F-5, one skull;

12. F-6, one piece of bone;

13. E-1, one bag with one spotted cat pelt;

14. S-1, one shipping box with label

(all of which constitutes property).

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

/ / /

1    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

2    DECREED that the United States of America should seize the aforementioned property.

3    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory

4    rights, ownership rights, and all rights, titles, and interests of Robert Barkman in the

5    aforementioned property are forfeited and are vested in the United States of America and

6    shall be safely held by the United States of America until further order of the Court.

7    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States

8    of America shall publish for at least thirty (30) consecutive days on the official internet

9    government forfeiture website, www.forfeiture.gov, notice of this Order, which shall

10   describe the forfeited property, state the time under the applicable statute when a petition

11   contesting the forfeiture must be filed, and state the name and contact information for the

12   government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6)

13   and 21 U.S.C. § 853(n)(2).

14   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual

15   or entity who claims an interest in the aforementioned property must file a petition for a

16   hearing to adjudicate the validity of the petitioner's alleged interest in the property, which

17   petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. §

18   853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's

19   right, title, or interest in the forfeited property and any additional facts supporting the

20   petitioner's petition and the relief sought.

21   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,

22   must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal

23   Building, 400 South Virginia Street, 3rd Floor, Reno, Nevada 89501, no later than thirty

24   (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days

25   after the first day of the publication on the official internet government forfeiture site,

26   www.forfeiture.gov.

27   / / /

28   / / /

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the

2   petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States

3   Attorney's Office at the following address at the time of filing:

4           Daniel D. Hollingsworth
            Assistant United States Attorney
5           James A. Blum
            Assistant United States Attorney
6           501 Las Vegas Boulevard South, Suite 1100
            Las Vegas, Nevada 89101.
7

8    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice

9   described herein need not be published in the event a Declaration of Forfeiture is issued by

10   the appropriate agency following publication of notice of seizure and intent to

11   administratively forfeit the above-described property.

12    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

13   copies of this Order to all counsel of record.

14   DATED ___1 - 2 2 -_____, 2020.

15

16

17                                    _____
                                      HONORABLE ROBERT C. JONES
18                                    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

                                        4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

A copy of the foregoing was served upon counsel of record via Electronic Filing on January 21, 2020.

/s/ Heidi L. Skillin
HEIDI L. SKILLIN
FSA Contractor Paralegal