RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
 (775) 321-8451
Chris_Frey@fd.org

Attorneys for Robert Barkman

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>ROBERT BARKMAN,<br><br>       Defendant. | Case No. 3:19-cr-0052-RCJ-WGC<br><br>**REQUEST FOR TELEPHONIC HEARING** |

Comes now the Defendant, ROBERT BARKMAN, by and through his counsel of record, Christopher P. Frey, Assistant Federal Public Defender, and hereby requests to schedule a telephonic hearing on April 16, 2020,[1] or at any time convenient to the Court but no earlier than approximately one week before April 16, 2020, to address (1) whether the 30-day suspension of Mr. Barkman's condition of probation that he present himself to the Washoe

---

[1] The date of April 16, 2020, is 30 days from date of entry of the Court's Order Granting Emergency Motion to Temporarily Modify Intermittent Confinement as a Condition of Probation Due to the COVID-19 Pandemic. ECF No. 21 at 10: 21-21 ("IT IS FURTHER ORDERED that given the given the COVID-19 pandemic, Mr. Barkman's condition of probation that he present himself to the Washoe County Detention Facility for intermittent confinement is SUSPENDED for 30 days from entry of this Order.").

County Detention Facility for intermittent confinement should be extended in light of the COVID-19 pandemic, and (2) the duration of any extension.[2]

DATED this 17th day of March, 2020.

RENE L. VALLADARES
Federal Public Defender

*/s/ Christopher Frey*

By: _____

CHRISTOPHER P. FREY
Assistant Federal Public Defenders
Attorneys for Robert Barkman

---

[2] This motion is timely filed; no deadline applicable.

2

1

## CERTIFICATE OF ELECTRONIC SERVICE

2      The undersigned hereby certifies that she is an employee of the Federal Public Defender

3   for the District of Nevada and is a person of such age and discretion as to be competent to serve

4   papers.

5      That on March 17, 2020, she served an electronic copy of the above and foregoing,

6   REQUEST FOR TELEPHONIC HEARING, by electronic service (ECF) to the person named

7   below:

8              NICHOLAS A. TRUTANICH
              United States Attorney
9              PETER WALKINGSHAW
              Assistant United States Attorney
10             400 South Virginia Street, Ste 900
              Reno, Nevada  89501
11
              NICHOLAS A. TRUTANICH
12             United States Attorney
              JAMES ALEXANDER BLUM
13             Assistant United States Attorney
              501 Las Vegas Blvd S., Ste 1100
14             Las Vegas, NV  89101

15             Gary N Donner
              U.S. Department of Justice
16             601 D. Street, N.W.
              Rm. 2144
17             Washington, DC 20004

18                                  */s/ Katrina Burden*
                                   _____
19                                  Employee of the Federal Public Defender

20

21

22

23

24

25

26

                                        3