# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BARKMAN,<br><br>Defendant. | 3:19-CR-052-RCJ-WGC<br><br>**ORDER EXTENDING SUSPENSION OF INTERMITTENT CONFINEMENT AS A CONDITION OF DEFENDANT'S PROBATION DUE TO THE COVID-19 PANDEMIC** |

## ORDER

On March 17, 2020, the Court granted Defendant's Emergency Motion to Temporarily Modify Intermittent Confinement as a Condition of Probation Due to the COVID-19 Pandemic (ECF No. 20), suspending intermittent confinement as a condition of the Defendant's probation for a period of 30 days. ECF No. 21.

On April 13, 2020, the Court held a status conference at which the Court considered a request from the parties that the suspension of the Defendant's condition of probation be further extended in light of the ongoing nature of the pandemic.

In light of the ongoing nature of the COVID-19 pandemic, the Court finds that an extension of the suspension of the Defendant's intermittent confinement as a condition of his probation is appropriate.

THEREFORE, IT IS HEREBY ORDERED that given the COVID-19 pandemic, Mr. Barkman's condition of probation that he present himself to the Washoe County

///

///

///

Detention Facility for intermittent confinement is SUSPENDED until July 31, 2020.

IT IS FURTHER ORDERED that the Clerk send copies of this Order to all counsel of record.

IT IS SO ORDERED this 17th day of April, 2020.

_____
HONORABLE ROBERT C. JONES
UNITED STATES DISTRICT JUDGE