# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:19-CR-052-RCJ-WGC |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| ROBERT BARKMAN, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 16 U.S.C. § 1540(e)(4)(A) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Robert Barkman to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Amended Information and shown by the United States to have the requisite nexus to the offense to which Robert Barkman pled guilty. Arraignment, ECF No. 7; Amended Information, ECF No. 10; Plea Agreement, ECF No. 15; Preliminary Order of Forfeiture, ECF No. 16.

This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 25, 2020, through February 23, 2020, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 19.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 16 U.S.C. § 1540(e)(4)(A) with 28 U.S.C. § 246I(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. I-1, one skull;
2. I-2, one skull;
3. I-3, tooth pendant kit with teeth;
4. I-4, three skin scalps, one bag with nine teeth, one bag with ten teeth/tusks, eight teeth/tusks, one bag with eighteen teeth and one bag with thirteen teeth;
5. J-1, one bag of sixty claws, one bag with nine claws, one bag with four teeth, and one bag with four teeth;
6. J-2, one claw;
7. F-1, one four teeth and five claws;
8. F-2, one skull;
9. F-3, one skull;
10. F-4, one skull;
11. F-5, one skull;
12. F-6, one piece of bone;
13. E-1, one bag with one spotted cat pelt; and
14. S-1, one shipping box with label.

(all of which constitutes property).

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED Nunc Pro Tunc April 13, 2020.

_____
HONORABLE ROBERT C. JONES
UNITED STATES DISTRICT JUDGE